```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

LEROY BEY,                          )
                                    )
                Plaintiff,          )   Case No. C08-1479-TSZ
                                    )
        v.                          )
                                    )   REPORT AND
TROY HANSEN, et al.,                )   RECOMMENDATION
                                    )
                Defendants.         )
                                    )

Plaintiff Leroy Bey,[1] currently incarcerated in the King County Correctional Facility, has submitted a proposed complaint in which he alleges copyright infringement for use of his name in contracts without his permission. Dkt. 1. Plaintiff has also submitted an application to proceed *in forma pauperis*. Plaintiff names the following defendants: Troy Hansen, Bail Bonds; Judge Greg Canova; Julie, Prosecutor; James Bible, Public Defender; Kathryn Beckerman, Public Defender; King County Jail/CEO; Andrew Philips, CEO Western State Hospital ("WSH"); Dr. Ehlers, WSH; Dr. Duncan, WSH; Dr. Steinwender, WSH; Dale Wright, Therapist, WSH; and Christopher Swaby, Public Defender. He seeks monetary damages for the alleged copyright infringement.

Plaintiff's complaint fails to state a claim upon which relief can be granted. To establish copyright infringement, a plaintiff must show ownership of a valid copyright and copying of

---

[1] Plaintiff also identifies his name as Leroy Williams.

REPORT AND RECOMMENDATION – 1

original elements of the work.  *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 361 (1991).  Plaintiff does not identify ownership of a valid copyright for his name, nor does he identify any copying of original elements of his name by the defendants.  Plaintiff's complaint is frivolous.  Accordingly, the Court recommends that this action be DISMISSED and that plaintiff's application to proceed *in forma pauperis* be DENIED as moot.  A proposed Order accompanies this Report and Recommendation.

DATED this 10th day of October, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge