UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEROY BEY,

        Plaintiff,

v.

TROY HANSEN, et al.,

        Defendants.

Case No. C08-1479-TSZ

ORDER DISMISSING ACTION AND DENYING *IN FORMA PAUPERIS* APPLICATION AS MOOT

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED.

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Brian A. Tsuchida.

DATED this 7th day of November, 2008.

        s/ Thomas S. Zilly
        _____
        THOMAS S. ZILLY
        United States District Judge